IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
AUG 0 2 2018
Clerk, U.S District Court
District Of Montana
Missoula

In the Matter of the Search of:

Cellular Telephone Assigned Call Number (406) 539-7584

MJ 18-19-M-JCL

ORDER

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 2nd day of August, 2018.

Jeremiah C. Lynch
United States Magistrate Judge

1